**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**JOHNNY CHAPPELL**                                                                                    **PLAINTIFF**

**v.**                                                  **2:08-CV-00206-WRW**

**BILCO COMPANY**                                                                                    **DEFENDANT**

<u>**ORDER**</u>

Pending is Defendant's Motion to Transfer Case (Doc. No. 5). Plaintiff has not

responded, and the time for doing so has passed.[1] Accordingly, Defendant's motion is

GRANTED. This case is transferred to the Eastern District of Arkansas, Jonesboro Division.

IT IS SO ORDERED this 10th day of February, 2009.

<u>/s/ Wm. R. Wilson, Jr.</u>
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's Response was due by 5:00 p.m. on Monday, February 9, 2009.