# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JOHNNY CHAPPELL                                                                    PLAINTIFF

v.                                          No. 3:09CV00016 JLH

THE BILCO COMPANY                                                                  DEFENDANT

## ORDER

The joint motion to extend the motions deadline is GRANTED. Document #40. The motions deadline is hereby extended up to and including November 12, 2010.

IT IS SO ORDERED this 9th day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE