## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JOHNNY CHAPPELL                                                                                   PLAINTIFF

v.                                         No. 3:09CV00016 JLH

THE BILCO COMPANY                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of The Bilco Company on the claims of Johnny Chappell.  The complaint of Johnny Chappell is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE