# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-1243
_____

Johnny Chappell

Plaintiff - Appellant

v.

The Bilco Company

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Jonesboro
(3:09-cv-00016-JLH)
_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

April 05, 2012

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans



11-1243 Johnny Chappell v. The Bilco Company "judgment filed sua sponte affirmed" (3:09-cv-00016-JLH)
8cc-cmecf-nda
to:
04/05/2012 08:24 AM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 04/05/2012

**Case Name:**     Johnny Chappell v. The Bilco Company
**Case Number:**   11-1243
**Document(s):**   Document(s)

**Docket Text:**
**JUDGMENT FILED -** The judgment of the Originating Court is AFFIRMED in accordance with the opinion. ROGER L. WOLLMAN, KERMIT E. BYE and BOBBY E. SHEPHERD Hrg Sep 2011 [3897879] [11-1243] (Jackie Polk)

**Notice will be electronically mailed to:**

Mr. Khayyam M. Eddings: keddings@fridayfirm.com, cbedsole@fridayfirm.com, tmiller@fridayfirm.com
Mr. Lucien Ramseur Gillham: lucien.gillham@sbcglobal.net, gwen.tucker@sbcglobal.net
Mr. Matthew Reid Krell: matthewrkrell@gmail.com, gwen.tucker@sbcglobal.net
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Ellen Owens Smith: esmith@fridayfirm.com, brendak@fridayfirm.com, tmiller@fridayfirm.com
Mr. Luther Oneal Sutter: luthersutter@yahoo.com, gwen.tucker@sbcglobal.net


The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/jackiepolk_111243_3897879_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/05/2012] [FileNumber=3897879-0]
[73165866c8bc2a0762ba80d82a133dbae27104ba55889e50c356fa0d24e3b68997ddc195d7e7fca54a24cc37519870d1c0d3f2bde3840a7411d847481450f4b5]]
**Recipients:**

- Mr. Khayyam M. Eddings
- Mr. Lucien Ramseur Gillham
- Mr. Matthew Reid Krell
- Mr. Jim McCormack, Clerk of Court
- Ms. Ellen Owens Smith
- Mr. Luther Oneal Sutter

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 3897879
**RELIEF(S) DOCKETED:**
  affirmed
**DOCKET PART(S) ADDED:** 4589005, 4589006, 4589007