UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 11-1243

Johnny Chappell

Appellant

v.

The Bilco Company

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Jonesboro
(3:09-cv-00016-JLH)
_____

**MANDATE**

In accordance with the opinion and judgment of 04/05/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 25, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit



11-1243 Johnny Chappell v. The Bilco Company "Mandate Issued" (3:09-cv-00016-JLH)

8cc-cmecf-nda  to:                                                                05/25/2012 12:46 PM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 05/25/2012

**Case Name:**     Johnny Chappell v. The Bilco Company
**Case Number:**   11-1243
**Document(s):**   Document(s)

**Docket Text:**
MANDATE ISSUED. [3915530] [11-1243] (Jackie Polk)

**Notice will be electronically mailed to:**

Mr. Khayyam M. Eddings: keddings@fridayfirm.com, cbedsole@fridayfirm.com, tmiller@fridayfirm.com
Mr. Lucien Ramseur Gillham: lucien.gillham@sbcglobal.net, gwen.tucker@sbcglobal.net
Honorable J. Leon Holmes, U.S. District Judge: Leon_Holmes@ared.uscourts.gov
Mr. Matthew Reid Krell: matthewrkrell@gmail.com, gwen.tucker@sbcglobal.net
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Ellen Owens Smith: esmith@fridayfirm.com, brendak@fridayfirm.com, tmiller@fridayfirm.com
Mr. Luther Oneal Sutter: luthersutter.law@gmail.com, gwen.tucker@sbcglobal.net


The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:**
/opt/ACECF/live/forms/jackiepolk_111243_3915530_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=05/25/2012] [FileNumber=3915530-0]
[a1f50c44f2aadbb96f1e999c51f214f9764396eafcf33ac0975ec52f5d62f7a24e4b075664dc9ceb32
63eedf5399239b521331bfeb10aabe87465cececad029a]]

**Recipients:**

- Mr. Khayyam M. Eddings
- Mr. Lucien Ramseur Gillham
- Honorable J. Leon Holmes, U.S. District Judge
- Mr. Matthew Reid Krell
- Mr. Jim McCormack, Clerk of Court
- Ms. Ellen Owens Smith
- Mr. Luther Oneal Sutter

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3915530
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 4623371